

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| TRANSPECOS BANKS, | § | No. 08-14-00059-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| JODI STROBACH, | § | of Reeves County, Texas |
| Appellee. | § | (TC # 12-10-20243-CVR) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF MARCH, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.